UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITNEY RAWLINGS,<br><br>                                    Plaintiff,<br><br>- vs -<br><br>C.R. BARD INC., BARD PERIPHERAL VASCULAR INCORPORATED, MCKESSON CORPORATION, and DOES 1-100,<br><br>                                    Defendants. | Case No.<br>6:20-cv-01038 (GTS/ML) |

**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST**
**MCKESSON CORPORATION WITHOUT PREJUDICE**

Plaintiff Britney Rawlings and Defendants C. R. Bard, Inc., Bard Peripheral Vascular, Inc., and McKesson Corporation stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, whereas no party hereto is an infant or incompetent person, the Complaint and all causes of action against Defendant McKesson Corporation are dismissed without prejudice, with each party to bear its own costs and fees.

Further, the parties agree that going forward the caption of the action shall be hereby amended as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITNEY RAWLINGS,<br><br>                                    Plaintiff,<br><br>- vs -<br><br>C.R. BARD INC., BARD PERIPHERAL VASCULAR INCORPORATED, and DOES 1-100,<br><br>                                    Defendants. | Case No.<br>6:20-cv-01038 (GTS/ML) |

DATED this 9th day of September, 2020.

| FEARS NACHAWATI, PLLC | NIXON PEABODY LLP |
|---|---|
| By: /s/Steven Schulte<br>Steven Schulte, Esq.<br>Eric Przbysz, Esq.<br>5473 Blair Road<br>Dallas, TX 75231<br>Tel: (214) 890-0711<br>E-mail: schulte@fnlawfirm.com<br>ericp@fnlawfirm.com<br><br>*Attorneys for Plaintiff* | By: /s/Vivian M. Quinn<br>Vivian M. Quinn, Esq.<br>Bar Roll No. 509083<br>40 Fountain Plaza, Suite 500<br>Buffalo, New York 14202<br>Tel: (716) 853-8100<br>E-mail: vquinn@nixonpeabody.com<br><br>*Attorneys for Defendants C.R. Bard, Inc., Bard Peripheral Vascular, Inc., and McKesson Corporation* |

SO ORDERED:

*[signature]*

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: September 9, 2020

2